UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:24-cv-04650 MRA-RAOx<br><br>**JUDGMENT**<br><br>Honorable Mónica Ramírez Almadani<br>United States District Judge |

On November 17, 2025, the parties filed a Stipulation to Dismiss the above action with prejudice following their settlement of the action. The Court, having considered the parties' Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and Orders as follows:

1. The above action is hereby DISMISSED WITH PREJUDICE;
2. Each party will bear their own attorney's fees, costs and expenses; and
3. The Court shall not retain jurisdiction over the above captioned action, this settlement, or the United States.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 18. 2025

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE